**Mark G. McDougal**, OSB #89086
e-mail:          mcdougal@kafourymcdougal.com
**Natalie McDougal**, OSB #04250 (admission pending)
e-mail:          nataliemcdougal@comcast.net
**Gregory Kafoury**, OSB #74166
e-mail:          kafoury@kafourymcdougal.com
Kafoury & McDougal
320 SW Stark Street #202
Portland OR 97204
ph 503-224-2647; fx 503-224-2673

**Jami Pannell**, OSB #06429 (admission pending)
Animal Law Clinic
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR 97219
ph 503-468-6848; fx 503-768-6917
e-mail:          anmlclin@lclark.edu

**Shauna Curphey**, OSB #06306
NW Constitutional Rights Cntr.
520 SW 6th Ave. #1050
Portland OR 97204
ph 503-295-6400; fx 503-295-6415
e-mail:          scurphey@nwcrc.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGG SCHUMACHER and LINDA SCHUMACHER, individually and as husband and wife, and GREGG SCHUMACHER FURS LLC dba SCHUMACHER FURS & OUTERWEAR,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; IN DEFENSE OF ANIMALS, a foreign nonprofit corporation; ANIMAL | CV No. CV-07-00601-HU<br><br>SPECIAL MOTION TO STRIKE<br><br>(ORS 31.150, Anti-Slapp)<br><br>Oral Argument Requested<br><br>On behalf of defendants In Defense of Animals (IDA), Rossell, Durkee and Mieras |

Page 1 - SPECIAL MOTION TO STRIKE (ORS 31.150)

LIBERATION FRONT, an unincorporated     )
association; PEOPLE FOR THE ETHICAL     )
TREATMENT OF ANIMALS, INC., a           )
foreign nonprofit corporation; MATT     )
ROSSELL; KEVIN MIERAS aka "Bluejay";    )
CONNIE DURKEE; ALEX LILLI; JOHN         )
DOES 1-10; and JANE DOES 1-10           )
                    Defendants.         )

## LR 7.1 CERTIFICATION

The undersigned counsel of record for defendants hereby affirms that the parties made a good faith effort through a telephone conference on May 11, 2007 between the undersigned and counsel for plaintiffs to resolve the disputes raised by this Motion and have been unable to do so.

## ISSUES TO BE DECIDED

1.  Whether plaintiffs' claims, or any of them, arise out of any oral statements made, or written documents presented, in a place open to the public or a public forum in connection with an issue of public interest.

2.  Whether plaintiffs' claims, or any of them, arise out of conduct in furtherance of the exercise of the constitutional right of free speech in connection with a public issue or an issue of public interest.

## MOTION

Pursuant to ORS 31.150(1), defendants specially move to strike plaintiff's complaint on the grounds that this action arises out of conduct in furtherance of the exercise of the constitutional right of free speech in connection with a public issue or an issue of public

Page 2 - SPECIAL MOTION TO STRIKE (ORS 31.150)

interest under ORS 31.150(2)(d) and/or this action arises out of oral statements made or written statements or other documents presented, in a place open to the public or a public forum in connection with an issue of public interest under ORS 31.150 (2)(c).

Defendants are filing this motion within 60 days of the earliest date on which plaintiff served this action. This motion is timely under ORS 31.152.

This Motion is based on the accompanying Memorandum in Support, and on the records, files, and pleadings in this case. Defendants are further entitled to a stay of discovery under ORS 31.152 (2). Defendants request and are entitled to attorney fees and costs under ORS 31.152 should they prevail on this motion.

DATED: May 11, 2007

By _____
Mark G. McDougal, OSB #89086
Natalie McDougal, OSB #04250
Gregory Kafoury, OSB #74166
Attorneys for defendants IDA, ROSSELL and DURKEE

By _____
Jami Pannell, OSB #06429
Shauna Curphey, OSB #06306
Attorneys for defendant MIERAS

Page 3 - SPECIAL MOTION TO STRIKE (ORS 31.150)

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the foregoing Special Motion to Strike on the following person(s) on the date indicated below, by the following method:

[X]   by electronically mailed notice from the court on the date set forth below;

William M. Manlove
Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
bmanlove@ci.portland.or.us

Eric Wilson
Lane Powell
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
wilsone@lanepowell.com
Attorney for People for the Ethical Treatment of Animals

Herbert Grey
Attorneys at Law
4800 SW Griffith Ave., Ste. 320
Beaverton, OR 97005
hgrey.law1@verizon.net
Attorney for Plaintiffs

Jill Odell
4800 SW Griffith Ave., Ste. 320
10015 SW Terwilliger Blvd.
Beaverton, OR 97005
jillodell@verizon.net
Attorney for Plaintiffs

Jonathan A. Clark
960 Liberty Street SE, Suite 250
Salem, OR 97302
jonathan@jaclawoffice.com
Attorney for Plaintiffs

DATED: May 11, 2007

_____
Gregory Kafoury, OSB #74166
Mark G. McDougal, OSB #89086
Natalie McDougal, OSB #04250 (admission pending)

1 * CERTIFICATE OF SERVICE