**Mark G. McDougal,** OSB #89086
e-mail: mcdougal@kafourymcdougal.com
**Natalie McDougal,** OSB #04250
e-mail: nataliemcdougal@comcast.net
**Gregory Kafoury,** OSB #74166
e-mail: kafoury@kafourymcdougal.com
Kafoury & McDougal, Lawyers
320 SW Stark Street, #202
Portland, OR 97204
ph 503-224-2647; fx 503-224-2673

**Jami Pannell,** OSB #06249 (admission pending)
e-mail: anmlclin@lclark.edu
Animal Law Clinic
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
ph 503-768-6848; fx 503-768-6917

**Shauna Curphey,** OSB #06306
Email: scurphey@nwcrc.org
NW Constitutional Rights Center
520 SW Sixth Ave., #1050
Portland, OR 97204

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GREGG SCHUMACHER and LINDA SCHUMACHER, individually and as husband and wife, and GREGG SCHUMACHER FURS LLC dba SCHUMACHER FURS & OUTERWEAR, | ) ) ) ) ) ) | No. CV 07 601 HU<br><br>MOTION TO MAKE MORE DEFINITE AND CERTAIN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF PORTLAND, a municipal corporation; IN DEFENSE OF ANIMALS, a foreign nonprofit corporation; ANIMAL LIBERATION FRONT, an unincorporated association; PEOPLE FOR THE ETHICAL | ) ) ) ) ) | ON BEHALF OF DEFENDANTS IN DEFENSE OF ANIMALS, MATT ROSSELL, CONNIE DURKEE & KEVIN MIERAS |

| | |
|---|---|
| TREATMENT OF ANIMALS, INC., a foreign nonprofit corporation; MATT ROSSELL; KEVIN MEIRAS aka "Bluejay;" CONNIE DURKEE; ALEX LILLI; JOHN DOES 1-10; and JANE DOES 1-10<br><br>Defendants. | )<br>)<br>)   Oral Argument Requested<br>)<br>)<br>)<br>) |

## LR 7.1 CERTIFICATION

The undersigned counsel of record for defendants hereby affirms that the parties made a good-faith effort through a telephone conference on May 11, 2007, between the undersigned and counsel for plaintiffs to resolve the disputes raised by this Motion and have been unable to do so.

## ISSUES TO BE DECIDED

1. Whether plaintiffs' claims against the defendants (other than the City of Portland) are so vague or ambiguous that the particular defendants cannot reasonably be required to frame a responsive pleading.

2. Whether plaintiffs should be required to provide a plain and concise statement of the particular conduct engaged in by each particular defendant that gives rise to each of plaintiffs' claims against each particular defendant.

## MOTION

Pursuant to F.R.C.P. § 12(e), defendants move to require plaintiffs to make a more definite statement of their claims against each particular defendant (other than the City). The current complaint does not state the particular conduct of moving defendants that form the basis of the state law claims against each defendant. Plaintiffs should be required to specify the conduct of each defendant that gives rise to each of the plaintiffs' state law claims against each particular defendant. This Motion is based on the accompanying Memorandum in Support of Motion to Make More Definite and Certain, and the plaintiffs' Complaint.

DATED May 11, 2007.

        Respectfully submitted,

        KAFOURY & MCDOUGAL

        */s/ Mark McDougal*
        Mark G. McDougal, OSB #89086
        Attorneys for Defendants
        In Defense of Animals, Matt Rossell
        and Connie Durkee

        */s/ Jami Pannell*
        Jami Pannell, OSB #06429
        Shauna Curphey, OSB #06306
        Attorneys for Defendant Kevin Mieras

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the foregoing Motion to Make More Definite and Certain on the following person(s) on the date indicated below, by the following method:

[X]   by electronically mailed notice from the court on the date set forth below;

William M. Manlove
Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
bmanlove@ci.portland.or.us

Eric Wilson
Lane Powell
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
wilsone@lanepowell.com
Attorney for People for the Ethical Treatment of Animals

Herbert Grey
Attorneys at Law
4800 SW Griffith Ave., Ste. 320
Beaverton, OR 97005
hgrey.law1@verizon.net
Attorney for Plaintiffs

Jill Odell
4800 SW Griffith Ave., Ste. 320
10015 SW Terwilliger Blvd.
Beaverton, OR 97005
jillodell@verizon.net
Attorney for Plaintiffs

Jonathan A. Clark
960 Liberty Street SE, Suite 250
Salem, OR 97302
jonathan@jaclawoffice.com
Attorney for Plaintiffs

DATED: May 11, 2007

*[signature: Mark McDougal]*

Gregory Kafoury, OSB #74166
Mark G. McDougal, OSB #89086
Natalie McDougal, OSB #04250 (admission pending)

1 ¥ CERTIFICATE OF SERVICE