Mark G. McDougal, OSB #890086
e-mail: mcdougal@kafourymcdougal.com
Natalie McDougal, OSB #04250
e-mail: nataliemcdougal@comcast.net
Gregory Kafoury, OSB #74166
e-mail: kafoury@kafourymcdougal.com
Kafoury & McDougal, Lawyers
320 SW Stark Street, #202
Portland, OR 97204
ph 503-224-2647; fx 503-224-2673

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGG SCHUMACHER and LINDA )
SCHUMACHER, individually and as )
husband and wife, and GREGG )
SCHUMACHER FURS LLC dba )
SCHUMACHER FURS & OUTERWEAR, )
                                )   CV 07 601 HU
              Plaintiffs,        )
                                )   AFFIDAVIT OF CONNIE DURKEE
        v.                       )
                                )
CITY OF PORTLAND, a municipal    )
corporation; IN DEFENSE OF ANIMALS, )
a foreign nonprofit corporation; ANIMAL )
LIBERATION FRONT, an unincorporated )
association; PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC., a    )
foreign nonprofit corporation; MATT )
ROSSELL; KEVIN MEIRAS aka "Bluejay"; )
CONNIE DURKEE; ALEX LILLI; JOHN  )
DOES 1-10, and JANE DOES 1-10    )
                                )
              Defendants.        )

AFFIDAVIT OF CONNIE DURKEE

State of Washington  )
                     ) ss:
County of Clark      )

I, Connie Durkee, being duly sworn, depose and state:

1. I make this affidavit based upon my personal knowledge.

2. I am a named defendant in this lawsuit. I am one of two Oregon staff for Defendant In Defense of Animals "IDA". I am not and have never been associated with ALF in anyway.

3. I have previously gone to the area around the Schumacher Fur store in downtown Portland to exercise my right of free speech with regard to issues relating to the fur industry. I did not consistently go. I have been there very few times since my father passed away in June.

4. I have never concealed my identity.

5. I have not directed foul language or threats to plaintiffs, plaintiffs' employees, plaintiffs' customers and other members of the public.

6. I have never engaged in public nudity in connection with protesting at Schumacher Furs. I have not blocked public sidewalks with my body or signs. I have not impeded the flow of traffic near Schumacher Furs. I have never entered plaintiffs' store at all.

7. I have never been at or near the Schumachers' house or the residence of their employees.

8. I have never spoken or written to any business entity that might have considered leasing property to plaintiffs.

9.  I have tried to conduct my free speech activities in a lawful and dignified manner because I believe that is the best method for communicating my viewpoint towards others.

DATED 5-11-07

_____
CONNIE DURKEE

SUBSCRIBED AND SWORN TO before me this 11 day of May, 2007, in _____ Washington

Notary Public in and for the State of Washington
My Commission Expires: _____

Notary Public
State of Washington
YING WONG
My Appointment Expires Jan 15, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the foregoing Affidavit of Connie Durkee on the following person(s) on the date indicated below, by the following method:

[X]  by electronically mailed notice from the court on the date set forth below;

William M. Manlove
Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
bmanlove@ci.portland.or.us

Eric Wilson
Lane Powell
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
wilsone@lanepowell.com
Attorney for People for the Ethical Treatment of Animals

Herbert Grey
Attorneys at Law
4800 SW Griffith Ave., Ste. 320
Beaverton, OR 97005
hgrey.law1@verizon.net
Attorney for Plaintiffs

Jill Odell
4800 SW Griffith Ave., Ste. 320
10015 SW Terwilliger Blvd.
Beaverton, OR 97005
jillodell@verizon.net
Attorney for Plaintiffs

Jonathan A. Clark
960 Liberty Street SE, Suite 250
Salem, OR 97302
jonathan@jaclawoffice.com
Attorney for Plaintiffs

DATED: May 11, 2007

*Mark McDougal*
Gregory Kafoury, OSB #74166
Mark G. McDougal, OSB #89086
Natalie McDougal, OSB #04250 (admission pending)

1 * CERTIFICATE OF SERVICE