Jami L. Pannell, OSB #06429 (adm. pending)
Animal Law Clinic
Lewis & Clark Law School
10015 SW Terwilliger Boulevard
Portland, OR 97219-7799
Telephone: 503.768.6848
Facsimile: 503.768.6917
Email: anmlclin@lclark.edu

Shauna Curphey, OSB #06306
Northwest Constitutional Rights Center
520 SW Sixth Avenue, Suite 1050
Portland, OR 97204
Telephone: 503.295.6400
Facsimile: 503.295.6415
Email: scurphey@nwcrc.org

Attorneys for Defendant Kevin Mieras

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGG SCHUMACHER and LINDA SCHUMACHER, individually and as husband and wife, and GREGG SCHUMACHER FURS LLC dba SCHUMACHER FURS & OUTERWEAR, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF PORTLAND, a municipal corporation; IN DEFENSE OF ANIMALS, a foreign nonprofit corporation; ANIMAL LIBERATION FRONT, an unincorporated association; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a foreign nonprofit corporation; MATT ROSSELL; KEVIN MIERAS aka "Bluejay"; CONNIE DURKEE; ALEX LILLI; JOHN DOES 1-10; and JANE DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. CV 07 601 HU

AFFIDAVIT OF KEVIN MIERAS

PAGE 1 – AFFIDAVIT OF KEVIN MIERAS

# AFFIDAVIT OF KEVIN MIERAS

State of Oregon     )
                    ) ss:
County of Multnomah )

I, Kevin Mieras, being duly sworn and under penalty of perjury, depose and state:

1. I make this affidavit based upon my personal knowledge.

2. I am a named defendant in this lawsuit. I am not a member of any of the animal rights groups named as defendants in this lawsuit.

3. Beginning in mid-February 2006 (three months after the protests began), I have on a regular basis gone to the area around the Schumacher Furs store in downtown Portland in order to educate the community about issues relating to the fur industry. I attended the protests because I believe the use of fur for fashion is immoral and unnecessary. I have researched this issue over the years and have learned that animals raised for fur are often anally electrocuted and skinned alive, among other atrocities.

4. I have never had control over the other individuals who expressed their viewpoints in front of the Schumacher Furs store, nor have I issued any orders or directives to these individuals.

5. I never received any orders or directives from any of the other individuals who attended the Schumacher protests.

6. I never concealed my identity. I have always been open with Gregg and Linda Schumacher as to my true name.

7. I have never entered the Schumachers' retail store.

PAGE 2 – AFFIDAVIT OF KEVIN MIERAS

8. I have occasionally written in chalk on the public sidewalk adjacent to the Schumacher Furs store. With the chalk, I wrote things such as "shop cruelty free" or noted fur industry statistics, such as the average number of animal skins that are required to produce one fur coat. Before I wrote on the sidewalk with chalk, I asked a City of Portland police officer whether that was permissible, and learned that it was.

9. I have checked with the police to make sure that activities that I have been engaged in were not in violation of any ordinances.

10. I have never directed an oral or written threat of death or injury to the Schumachers or any of their children, employees, customers, or any member of the public. Nor have I ever threatened to burn anyone's residence.

11. I have never thrown or dispersed fecal matter, urine, or red paint on or around the building and adjoining sidewalks of the Schumacher store. I have never engaged in nudity in connection with activities involving Schumacher Furs.

12. I have never gone to the residence of the Schumachers or any of their employees or family members, nor do I know where any of them reside.

13. I have never been a member or affiliate of the Animal Liberation Front, nor have I ever taken any action on its behalf.

DATED 5/11/07

_____
KEVIN MIERAS

SUBSCRIBED AND SWORN TO before me this 11th day of May, 2007, in Portland, Oregon.

_____
Notary Public in and for the State of Oregon
My Commission Expires: May 17, 2010

OFFICIAL SEAL
BARBARA J HOMZUK
NOTARY PUBLIC-OREGON
COMMISSION NO. 406158
MY COMMISSION EXPIRES MAY 17, 2010

PAGE 3 – AFFIDAVIT OF KEVIN MIERAS

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the foregoing AFFIDAVIT OF KEVIN MIERAS on the following person(s) on the date indicated below, by the following method:

[X]   by electronically mailed notice from the court on the date set forth below;

William M. Manlove
Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
bmanlove@ci.portland.or.us

Eric Wilson
Lane Powell
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
wilsone@lanepowell.com
Attorney for People for the Ethical Treatment of Animals

Herbert Grey
Attorneys at Law
4800 SW Griffith Ave., Ste. 320
Beaverton, OR 97005
hgrey.law1@verizon.net
Attorney for Plaintiffs

Jill Odell
4800 SW Griffith Ave., Ste. 320
10015 SW Terwilliger Blvd.
Beaverton, OR 97005
jillodell@verizon.net
Attorney for Plaintiffs

Jonathan A. Clark
960 Liberty Street SE, Suite 250
Salem, OR 97302
jonathan@jaclawoffice.com
Attorney for Plaintiffs

DATED: May 11, 2007

*[signature]*

Gregory Kafoury, OSB #74166
Mark G. McDougal, OSB #89086
Natalie McDougal, OSB #04250 (admission pending)

1 * CERTIFICATE OF SERVICE