Jami L. Pannell, OSB #06429
Animal Law Clinic
Lewis & Clark Law School
10015 SW Terwilliger Boulevard
Portland, OR 97219-7799
Telephone:  503.768.6848
Facsimile:  503.768.6917
Email:  anmlclin@lclark.edu

Shauna Curphey, OSB #06306
Northwest Constitutional Rights Center
520 SW Sixth Avenue, Suite 1050
Portland, OR 97204
Telephone:  503.295.6400
Facsimile:  503.295.6415
Email:  scurphey@nwcrc.org

Attorneys for Defendant Kevin Mieras

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGG SCHUMACHER and LINDA SCHUMACHER, individually and as husband and wife, and GREGG SCHUMACHER FURS LLC dba SCHUMACHER FURS & OUTERWEAR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; IN DEFENSE OF ANIMALS, a foreign nonprofit corporation; ANIMAL LIBERATION FRONT, an unincorporated association; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a foreign nonprofit corporation; MATT ROSSELL; KEVIN MIERAS aka "Bluejay"; CONNIE DURKEE; ALEX LILLI; JOHN DOES 1-10; and JANE DOES 1-10,<br><br>Defendants. | CV 07-00601-MO<br><br>AFFIDAVIT OF JASON DAHL |

PAGE 1 – AFFIDAVIT OF JASON DAHL

AFFIDAVIT OF JASON DAHL

State of Oregon )
) ss:
County of Multnomah )

I, Jason Dahl, being duly sworn, depose and state:

1. I make this affidavit based on my personal knowledge.

2. I am a tenant in an apartment located on the 5th floor above Schumacher Furs at 622 SW 9th Avenue Portland, OR 97205.

3. I have lived in the apartment above Schumacher Furs since August 2005.

4. Though I am not personally acquainted with Kevin Mieras, I know what he looks like and can identify him.

5. In the time that I have lived in the apartment above Schumacher Furs, I have recognized Mr. Mieras in front of the store approximately 55 to 70 times.

6. I have never seen Mr. Mieras threaten any person in front of the Schumacher Furs store.

7. I have never seen Mr. Mieras shouting profanities in front of the Schumacher Furs store.

8. I have never seen Mr. Mieras engage in acts of vandalism in front of the Schumacher Furs store.

9. I have never seen Mr. Mieras try to enter the Schumacher Furs store.

10. I have never seen Mr. Mieras inside the Schumacher Furs store.

11. I have never seen Mr. Mieras physically touch anyone in front of the Schumacher Furs store.

PAGE 2 – AFFIDAVIT OF JASON DAHL

12. I have never seen Mr. Mieras engage in rowdy conduct of any kind in front of the Schumacher Furs store.

DATED 05/23/07

_____
JASON DAHL

SUBSCRIBED AND SWORN TO before me this 23 day of May, 2007, in Portland, Oregon.

_____
Notary Public in and for the State of Oregon
My Commission Expires: May 9, 2010

OFFICIAL SEAL
MICHELLE KILBY
NOTARY PUBLIC-OREGON
COMMISSION NO. 405940
MY COMMISSION EXPIRES MAY 9, 2010

PAGE 3 – AFFIDAVIT OF JASON DAHL