**David G. Hosenpud**, OSB No. 83241
hosenpudd@lanepowell.com
**Eric D. Wilson**, OSB No. 04455
wilsone@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant PETA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GREGG SCHUMACHER** and **LINDA SCHUMACHER,** individually and as husband and wife, and **GREGG SCHUMACHER FURS LLC, dba SCHUMACHER FURS & OUTERWEAR,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**CITY OF PORTLAND,** a municipal corporation; **IN DEFENSE OF ANIMALS,** a foreign nonprofit corporation; **ANIMAL LIBERATION FRONT,** an unincorporated association; **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,** a foreign nonprofit corporation; **MATT ROSSELL; KEVIN MEIRAS, aka "Bluejay"; CONNIE DURKEE; ALEX LILLI; JOHN DOES 1-10;** and **JANE DOES 1-10,**<br><br>                    Defendants. | CV No. 07-CV-00601-MO<br><br>Defendant People for the Ethical Treatment of Animals Inc.'s ("PETA") **MOTION FOR ATTORNEY FEES**<br><br>Pursuant to Fed. R. Civ. P. 54(d)<br><br>**ORAL ARGUMENT REQUESTED** |

PAGE 1 -   DEFENDANT PETA'S MOTION FOR ATTORNEY FEES

## RULE 7.1 CERTIFICATE OF COMPLIANCE

Counsel for defendant People for the Ethical Treatment of Animals, Inc. ("PETA"), conferred with plaintiffs' counsel on June 19, June 22, and July 2 in a good faith attempt to resolve the issues presented in this motion. The parties were unable to reach agreement.

## MOTION

Pursuant to Fed. R. Civ. P. 54(d) and ORS 31.152, defendant PETA hereby moves this Court for an award of its reasonable attorney fees and costs in this matter in the amount of $39,116. As set forth in PETA's supporting memorandum, PETA is entitled to an award of reasonable attorney fees and costs in this matter because it prevailed on a Special Motion to Strike under ORS 31.150.

This motion is supported by the following seven filings submitted herewith: (1) PETA's Memorandum in Support of Its Motion for Attorney Fees; (2) the Declaration of David G. Hosenpud in Support of PETA's Motion for Attorney Fees, and the exhibits attached thereto; (3) the Declaration of Eric D. Wilson in Support of PETA's Motion for Attorney Fees, and the exhibits attached thereto; (4) the Declaration of Phil Hirschkop in Support of PETA's Motion for Attorney Fees, and the exhibits attached thereto; (5) the Declaration of Kristin Bremer; (6) the Declaration of Jeffrey Batchelor; and (7) the Declaration of Bernard Dimuro; as well as by the records, files, and pleadings in this case.

DATED: August 10, 2007

LANE POWELL PC

By s/Eric D. Wilson
David G. Hosenpud, OSB No. 83241
Eric D. Wilson, OSB No. 04455
Telephone: 503.778.2100
Attorneys for Defendant PETA, Inc.

PAGE 2 -   DEFENDANT PETA'S MOTION FOR ATTORNEY FEES